1  TONY ARJO, SBN 151890
   1440 Broadway, Suite 1019
2  Oakland, CA 94612
   (510) 451-2334
3  FAX: (510) 451-2310

4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TARRY CONRAD, | ) | |
|---|---|---|
| Plaintiff | ) | Case no. |
| vs. | ) | |
| MICHAEL J. ASTRUE, | ) | COMPLAINT |
| Commissioner of | ) | APPEAL OF DENIAL OF |
| Social Security, | ) | SOCIAL SECURITY |
| | ) | DISABILITY BENEFITS |
| Defendant. | ) | |

Tarry Conrad through her undersigned attorney makes the following representations to this court for the purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff:

1. Tarry Conrad is a resident of San Pablo in the County of Contra Costa, California.

2. The plaintiff complains of a decision which adversely affects the plaintiff in whole or in part. The decision has become the final decision of the Commissioner for purposes of judicial review and bears the following caption:

**DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| TARRY CONRAD <br> (Claimant) | Supplemental Security Income |
| | xxx-xx-7178 <br> (Social Security Number) |

    3. The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction for judicial review pursuant to 42 U.S.C. 1383(c).

    4. The decision of the Commissioner to deny plaintiff's claim for disability benefits is not supported by substantial evidence in the record as a whole, which establishes that the plaintiff is disabled as defined in the Social Security Act.

    5. The decision of the Commissioner was based upon the application of an erroneous legal standard in finding that the plaintiff could perform other work despite non-exertional impairments and without vocational expert testimony.

    6. Plaintiff was not given a full and fair hearing by the administrative law judge.

    WHEREFORE plaintiff seeks judicial review by this court and entry of judgment granting his claim for benefits and/or such other relief as my be proper, including attorney's fees and costs.

Date: _____

Tony Arjo <br> Attorney for Plaintiff

Complaint      2