IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TARRY CONRAD,   No. C 08-2851 SI

    Plaintiff,   **JUDGMENT**

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration,

    Defendant.
                                    /

    Defendant's motion for summary judgment is granted and plaintiff's is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 2, 2009

                                                SUSAN ILLSTON
                                                United States District Judge